## NUTTER v. VARNEY.

Questions of costs are not ordinarily revisable at the law term unless specially reserved.

ASSUMPSIT. The referee found for the defendant. On motion of the plaintiff, the cause was recommitted to the referee with instructions to report the facts without further hearing. Upon the return of the report the plaintiff was allowed to amend by filing a count in trover, and the case was reserved. At the June law term, 1886, the ruling permitting the amendment was sustained, and judgment ordered for the plaintiff on the amended count. At this term the plaintiff moved for costs from the beginning of the suit. The defendant moved for costs to the time of the amendment, and that the plaintiff be allowed to tax only the costs after that time. The court granted the plaintiff's and denied the defendant's motion. The defendant excepted.

*F. Goodwin*, for the defendant.

*Worcester & Gafney*, for the plaintiff.

CLARK, J. Ordinarily, questions relating to the allowance of costs are not open to revision at the law terms unless the question is referred to the law term by the presiding justice at the trial term. *Sanborn* v. *Sanborn*, 41 N. H. 306 ; *Bartlett* v. *Hodgdon*, 44 N. H. 472 ; *Smith* v. *Boynton*, 44 N. H. 529 ; *Harvey* v. *Reeds*, 49 N. H. 531. If the question is properly before us, we see no error in the allowance of costs at the trial term. The event of the suit was in favor of the plaintiff (*Eastman* v. *Holderness*, 44 N. H. 18),

and costs follow the event of every action or petition unless otherwise ordered by law or by the court.    G. L., *c.* 233, *s.* 1.

*Exceptions overruled.*

CARPENTER, J., did not sit: the others concurred.